HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation, | ) Case No.  2:20-cv-01491-RSM )  |
| Plaintiff, | ) **ORDER GRANTING STIPULATIED** ) **MOTION FOR EXTENSION OF TIME** ) **TO FILE ANSWER OR OTHERWISE** |
| v. | ) **RESPOND** ) |
| SPARC Group, LLC, a Delaware limited liability company, | ) ) ) |
| Defendant. | ) ) |

This matter having come before the Court on the parties' Stipulated Motion for Extension of Time to File Answer or Otherwise Respond, the Court, having reviewed the Stipulated Motion hereby extends the deadline for Defendant to File Answer or Otherwise Respond in the above-captioned case by thirty (30) days, IT IS SO ORDERED. The deadline for Defendant to File Answer or Otherwise Respond has been extended to December 5, 2020.

DATED this 6th day of November, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND
CASE NO. 2:20-cv-01491-RSM - 1
133488.0001/8252128.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107