HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SPARC Group, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-01491-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT AND FILE JOINT STATUS REPORT**<br><br>**[CLERK'S ACTION REQUIRED]** |

This matter having come before the Court on the parties' Stipulated Motion for Extension of Time to Amend Complaint and file Joint Status Report, the Court, having reviewed the Stipulated Motion hereby extends the following deadlines:

Plaintiff's deadline to amend its complaint: January 18.

Defendants' deadline to respond to amended complaint: February 18.

Joint Status Report deadline: February 23.

SO ORDERED.

DATED this 23rd day of December, 2020.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
CASE NO. 2:20-cv-01491-RSM - 1
133488.0001/8296486.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented By:

SUMMIT LAW GROUP

By: */s/ Diana Siri Breaux (with consent)*
    Diana Siri Breaux, WSBA No. 46112
    315 5th Ave S., Suite 1000
    Seattle, Washington 98104
    Telephone: 206.676.7058
    dianab@summitlaw.com
  Attorneys for Plaintiff

LANE POWELL PC
  By: */s/ Joseph Adamson*
    Tiffany Connors, WSBA No. 41740
    Joseph Adamson, WSBA No. 54752
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone:  206.223.7000
    connorst@lanepowell.com
    adamsonj@lanepowell.com
  Attorneys for Defendants

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
CASE NO. 2:20-cv-01491-RSM - 2
133488.0001/8296486.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107