The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:20-cv-1491 RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT AND FILE JOINT STATUS REPORT<br><br>[CLERK'S ACTION REQUIRED] |

This matter having come before the Court on the parties' Stipulated Motion for Extension of Time to Amend Complaint and file Joint Status Report, the Court, having reviewed the Stipulated Motion hereby extends the following deadlines:

Plaintiff's deadline to amend its complaint:    February 8, 2021;

Defendant's deadline to respond to amended complaint:    March 11, 2021

Joint Status Report deadline:    March 16, 2021

SO ORDERED.

DATED this 19th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO AMEND COMPLAINT AND
FILE JOINT STATUS REPORT  - 1
CASE NO. 2:20-cv-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2  Presented by:

3  SUMMIT LAW GROUP, PLLC

4

5  By *s/ Diana Siri Breaux*
    Diana Siri Breaux, WSBA #46112
6      315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104
7      dianab@summitlaw.com

8  *Attorneys for Plaintiff*

9

10 LANE POWELL PC

11

12 By *s/Tiffany Connors (with consent)*
    Tiffany Connors, WSBA No. 41740
    Joseph Adamson, WSBA No. 54752
13     1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
14     Seattle, WA 98111
    connorst@lanepowell.com
15     adamsonj@lanepowell.com

16 *Attorneys for Defendant*

17

18

19 4843-7187-1191, v. 1

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO AMEND COMPLAINT AND
FILE JOINT STATUS REPORT  - 2
CASE NO. 2:20-cv-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001