## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:20-cv-1491 RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT AND FILE JOINT STATUS REPORT |

This matter having come before the Court on the parties' Stipulated Motion for Extension of Time to Amend Complaint and file Joint Status Report, the Court, having reviewed the Stipulated Motion hereby extends the following deadlines:

Plaintiff's deadline to amend its complaint: March 1, 2021;

Defendant's deadline to respond to amended complaint: within 45 days of filing; and

Joint Status Report deadline: within 20 days of Defendant's response to the First Amended Complaint.

SO ORDERED.

DATED this 5th day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT AND FILE JOINT STATUS REPORT - 1

CASE NO. 2:20-cv-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented By:

SUMMIT LAW GROUP, PLLC

By *s/ Diana Siri Breaux*
    Diana Siri Breaux, WSBA #46112
    Hathaway Burden, WSBA #52970
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104
    dianab@summitlaw.com
    hathawayb@summitlaw.com

PATTERSON BELKNAP WEBB & TYLER, LLP

Geoffrey Potter (*Pro Hac Vice Pending*)
Aron Fischer (*Pro Hac Vice Pending*)
Lachlan S. Campbell-Verduyn (*Pro Hac Vice Pending*)
1133 Avenue of the Americas
New York, NY 10036

*gpotter@pbwt.com*
*afischer@pbwt.com*
*lcampbellverduyn@pbwt.com*

*Attorneys for Plaintiff*

4837-1086-1531, v. 1

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT AND FILE JOINT STATUS REPORT - 2

CASE NO. 2:20-cv-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001