HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company, AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, BB IPCO, LLC, a Delaware limited liability company, BB OPCO LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:20-cv-1491 RSM<br><br>STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Noted for Hearing: March 9, 2021 |

Subject to approval of the Court, the Parties jointly stipulate and request extension of the time for Defendants Authentic Brands Group, LLC, BB IPCO, LLC and BB OPCO, LLC to respond to the First Amended Complaint to April 15, 2021.

Plaintiff filed its First Amended Complaint on March 1, 2021. Dkt. 37. By Court Order dated February 5, 2021, Defendant Sparc Group, LLCs' deadline to respond is April 15, 2021. Dkt. 36. On March 5, 2021, the undersigned attorneys at law of Hodgson Russ LLP accepted service of the First Amended Complaint and Summons on behalf of the newly joined defendants Authentic Brands

STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFS TO RESPOND TO FIRST AMENDED COMPLAINT - 1

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Group, LLC, BB IPCO, LLC and BB OPCO, LLC. In order to align the response deadlines for all Defendants, the Parties hereby request that the Court enter an Order as follows:

Defendant Authentic Brands Group, LLC, BB IPCO, LLC and BB OPCO, LLC's deadline to respond to the First Amended Complaint: April 15, 2021.   Authentic Brands Group, LLC, BB IPCO, LLC and BB OPCO, LLC reserve all defenses, including all defenses under Federal Rule of Civil Procedure 12.

DATED this 9th day of March, 2021.

| SUMMIT LAW GROUP, PLLC | LANE POWELL PC |
|---|---|
| By *s/ Diana Siri Breaux*<br>  Diana Siri Breaux, WSBA #46112<br>  Hathaway Burden, WSBA #52970<br>  315 Fifth Avenue S., Suite 1000<br>  Seattle, WA 98104<br>  dianab@summitlaw.com<br>  hathawayb@summitlaw.com | By *s/ Tiffany Connors (with consent)*<br>  Tiffany Connors, WSBA No. 41740<br>  Joseph Adamson, WSBA No. 54752<br>  1420 Fifth Avenue, Suite 4200<br>  Seattle, WA 98111<br>  connorst@lanepowell.com<br>  adamsonj@lanepowell.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| PATTERSON BELKNAP WEBB & TYLER, LLP | HODGSON RUSS LLP |
| By *s/Aron Fischer (with consent)*<br>  Geoffrey Potter (*admitted pro hac vice*)<br>  Aron Fischer (*admitted pro hac vice*)<br>  Lachlan Campbell-Verduyn (*admitted pro hac vice*)<br>  1133 Avenue of the Americas<br>  New York, NY  10036<br>  *gpotter@pbwt.com*<br>  *afischer@pbwt.com*<br>  *lcampbellverduyn@pbwt.com* | By *s/Robert J. Fluskey (with consent)*<br>  Robert J. Fluskey (*Admitted Pro Hac Vice*)<br>  140 Pearl Street, Suite 100<br>  Buffalo, NY 14202<br>  rfluskey@hodgsonruss.com<br><br>  And<br><br>  Neil B. Friedman (*Admitted Pro Hac Vice*)<br>  25 Main Street, Suite 605<br>  Hackensack, NJ 07601<br>  nfriedman@hodgsonruss.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFS TO RESPOND TO FIRST AMENDED COMPLAINT - 2

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1      IT IS SO ORDERED.
2
3      DATED this 11th day of March, 2021.
4
5
6
7                                      RICARDO S. MARTINEZ
8                                      CHIEF UNITED STATES DISTRICT JUDGE
9
10 Presented by:
11
12 SUMMIT LAW GROUP, PLLC
13
14 By *s/ Diana Siri Breaux*
    Diana Siri Breaux, WSBA #46112
15     315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104
16     dianab@summitlaw.com

*Attorneys for Plaintiff*
17
18
LANE POWELL PC
19
20 By *s/ Tiffany Connors (with consent)*
    Tiffany Connors, WSBA No. 41740
21     Joseph Adamson, WSBA No. 54752
    1420 Fifth Avenue, Suite 4200
22     P.O. Box 91302
    Seattle, WA 98111
23     connorst@lanepowell.com
    adamsonj@lanepowell.com
24
*Attorneys for Defendants*
25
26 4818-3112-6495, v. 2

STIPULATED MOTION AND ORDER GRANTING
EXTENSION OF TIME FOR CERTAIN DEFS TO RESPOND
TO FIRST AMENDED COMPLAINT - 3

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001