HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company, AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, BB IPCO, LLC, a Delaware limited liability company, BB OPCO LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 2:20-cv-1491 RSM<br><br>STIPULATION TO MODIFY THE SCHEDULING ORDER AND FOR PLAINTIFF TO FILE ITS SECOND AMENDED COMPLAINT |

The parties, by and through their attorneys, hereby stipulate and agree to the entry of the following order modifying the Court's deadline for joining additional parties and amending pleadings and granting Plaintiff leave to file its Second Amended Complaint. Pursuant to LCR 15, a copy of the proposed amended pleading with the changes in redline is attached to this Stipulation as Exhibit A.

///

///

///

STIPULATION TO MODIFY THE SCHEDULING ORDER AND FOR PLAINTIFF TO FILE ITS SECOND AMENDED COMPLAINT - 1

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

DATED this 1st day of November, 2021.

| | |
|---|---|
| SUMMIT LAW GROUP, PLLC | LANE POWELL PC |
| By *s/ Diana Siri Breaux*<br>   Diana Siri Breaux, WSBA #46112<br>   Hathaway Burden, WSBA #52970<br>   315 Fifth Avenue S., Suite 1000<br>   Seattle, WA 98104<br>   dianab@summitlaw.com<br>   hathawayb@summitlaw.com<br>   *Attorneys for Plaintiff* | By *s/ Tiffany Connors (with consent)*<br>   Tiffany Connors, WSBA No. 41740<br>   Joseph Adamson, WSBA No. 54752<br>   1420 Fifth Avenue, Suite 4200<br>   Seattle, WA 98111<br>   connorst@lanepowell.com<br>   adamsonj@lanepowell.com<br>   *Attorneys for Defendants* |
| PATTERSON BELKNAP WEBB & TYLER, LLP | HODGSON RUSS LLP |
| By *s/Lachlan Campbell-Verduyn*<br>   Geoffrey Potter (*Admitted pro hac vice*)<br>   Aron Fischer (*Admitted pro hac vice*)<br>   Lachlan Campbell-Verduyn (*Admitted pro hac vice*)<br><br>   1133 Avenue of the Americas<br>   New York, NY 10036<br>   gpotter@pbwt.com<br>   afischer@pbwt.com<br>   lcampbellverduyn@pbwt.com<br><br>   *Attorneys for Plaintiff* | By *s/ Robert J. Fluskey (with consent)*<br>   Robert J. Fluskey (*Admitted Pro Hac Vice*)<br>   140 Pearl Street, Suite 100<br>   Buffalo, NY 14202<br>   rfluskey@hodgsonruss.com<br><br>   -And-<br><br>   Neil B. Friedman (*Admitted Pro Hac Vice*)<br>   25 Main Street, Suite 605<br>   Hackensack, NJ 07601<br>   nfriedman@hodgsonruss.com<br><br>   *Attorneys for Defendants* |

STIPULATION TO MODIFY THE SCHEDULING ORDER AND FOR PLAINTIFF TO FILE ITS SECOND AMENDED COMPLAINT - 2

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

**ORDER**

This matter came before the Court upon the foregoing Stipulation and the Court, being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Court's deadline for joining additional parties and amending pleadings is extended from June 8, 2021 to November 2, 2021;
2. All other deadlines set forth in the Court's scheduling order at Docket 52 remain unchanged;
3. Plaintiff is granted leave to file its Second Amended Complaint;
4. Within fourteen (14) days of the filing of this Order, Plaintiff must file and serve the amended pleading on all parties; and
5. The relief requested in Plaintiff's motion at Docket 65 is granted.
6. The Defendants reserve all defenses in responding to the Second Amended Complaint, including but not limited to, all defenses set forth in Federal Rule of Civil Procedure 12(b).
7. Plaintiff reserves the right to oppose any of Defendants' defenses to the Second Amended Complaint, including on the ground that a defense has been waived. Plaintiff will not, however, argue that Defendants waived defenses as a result of entering into this stipulation or consenting to the filing of the Second Amended Complaint.

IT IS SO **ORDERED** this 2nd day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY THE SCHEDULING ORDER
AND FOR PLAINTIFF TO FILE ITS SECOND AMENDED
COMPLAINT - 3

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/ Diana Siri Breaux*
   Diana Siri Breaux, WSBA #46112
   315 Fifth Avenue S., Suite 1000
   Seattle, WA 98104
   dianab@summitlaw.com

*Attorneys for Plaintiff*

LANE POWELL PC

By *s/ Tiffany Connors (with consent)*
   Tiffany Connors, WSBA No. 41740
   Joseph Adamson, WSBA No. 54752
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111
   connorst@lanepowell.com
   adamsonj@lanepowell.com

*Attorneys for Defendants*

---

STIPULATION TO MODIFY THE SCHEDULING ORDER AND FOR PLAINTIFF TO FILE ITS SECOND AMENDED COMPLAINT - 4

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001