HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPARC GROUP, LLC, a Delaware limited liability company, AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, BB IPCO, LLC, a Delaware limited liability company, BB OPCO LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:20-cv-1491 RSM<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO REDACT CONFIDENTIAL INFORMATION**<br><br>**NOTED ON MOTION CALENDAR: NOVEMBER 19, 2021** |

Pursuant to Local Civil Rule 5(g), by and through its attorneys, Plaintiff Brooks Sports, Inc. ("Brooks") files this Motion to Redact Confidential Information from the Second Amended Complaint ("SAC"). Brooks respectfully requests that the Court permit Brooks to redact confidential information from the SAC.

On November 2, 2021, the Court entered the parties' stipulation allowing Brooks to file its SAC. *See* Docket 68. The SAC contains information obtained from documents produced in discovery by existing Defendants in this case and from newly-added Defendant Simon Property Group, which have been designated by those parties as Confidential or

PLAINTIFF'S UNOPPOSED MOTION TO REDACT CONFIDENTIAL INFORMATION - 1
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Attorneys' Eyes Only under the parties' Protective Order. Brooks does not oppose redacting the confidential information disclosed in its SAC.

## FACTS

The parties agreed to enter a protective order for discovery in this case, which the Court ordered at Docket 61. Under the protective order, parties (including third-parties) can designate documents as "Confidential" or "Attorneys' Eyes Only," depending on the nature of the materials. *See* Dkt. 61 at 2.

On October 15, 2021, Brooks filed an Unopposed Motion to Seal Confidential Exhibits and to Redact Confidential Information in connection with its Motion to Modify the Scheduling Order. *See* Dkt. 62. Therein, Brooks requested permission to file six exhibits under seal based on their designations under the parties' protective order and to redact confidential information from its motion and from its proposed SAC. The motion is noted for November 5, 2021 and remains pending before this Court.

In the interim, the Court has granted Brooks leave to file its Second Amended Complaint. In its SAC, Brooks relies on information disclosed in two corporate charts produced by Defendants and designated as Attorneys' Eyes Only and four corporate documents produced by third-party Simon Property Group and designated as Confidential. Accordingly, the instant motion requests the same relief as the motion at Docket 62, namely, that Brooks be allowed to redact the confidential information disclosed in the SAC.

## LEGAL STANDARD

Although there exists a presumption in favor of public access to court filings, parties can overcome that presumption when compelling reasons to maintain confidentiality, such as

PLAINTIFF'S UNOPPOSED MOTION TO REDACT CONFIDENTIAL INFORMATION - 2
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

protecting the confidentiality of sensitive business information, outweigh the public interest. *Kamakana v. Cty. of Honolulu*, 447 F.3d 1172, 1178–81 (9th Cir. 2006).

Under Local Civil Rule 5(g), a party may file documents under seal by motion made before or at the same time the party files the sealed documents. Where the documents at issue have been designated confidential under a protective order, the moving party need not provide an explanation of the interests that warrant the relief, the potential injury, or the consideration of alternatives. *See* LCR 5(g)(3)(B). The designating party bears the burden of satisfying LCR 5(g)(3)(B).

## CERTIFICATION

Pursuant to LCR 5(g), and in connection with Brooks' Motion to Modify the Scheduling Order at Docket 63, counsel for Brooks and Defendants met and conferred by email on October 13 and 14, 2021, to reach agreement on whether to redact information disclosed in the proposed SAC from two documents designated Attorneys' Eyes Only by Defendants. The parties agreed to redact the information based on Defendants' concerns about protecting their confidential business information. Specifically, Defendants represented that the documents include sensitive information regarding ownership that is not publicly-available and which, if made public, could result in competitive harm to Defendants. Brooks does not oppose redacting the confidential information from its SAC.

Pursuant to LCR 5(g), and in connection with Brooks' Motion to Modify the Scheduling Order at Docket 63, counsel for Brooks and Simon Property met and conferred by email on October 13, 14, and 15, 2021, to reach agreement on whether to redact information in the proposed SAC from four documents designated as confidential by Simon Property. The

PLAINTIFF'S UNOPPOSED MOTION TO REDACT
CONFIDENTIAL INFORMATION - 3

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

parties agreed to redact the information based on Simon Property Group's concerns about potentially disclosing confidential information.[1]  Brooks does not oppose redacting the confidential information from the SAC.

## CONCLUSION

Based on the foregoing, Brooks respectfully requests that the Court enter an order allowing Brooks to redact confidential information from its Second Amended Complaint.

Dated this 2nd day of November, 2021.

SUMMIT LAW GROUP

By: *s/Diana Siri Breaux*
Diana S. Breaux, WSBA #46112
Email: dianab@SummitLaw.com
315 5th Ave S, Suite 1000
Seattle, Washington 98104
Telephone: 206-676-7058

And

PATTERSON BELKNAP WEBB & TYLER LLP
Geoffrey Potter (*admitted pro hac vice*)
Email: gpotter@pbwt.com
Aron Fischer (*admitted pro hac vice*)
Email: afischer@pbwt.com
Lachlan Campbell-Verduyn (*admitted pro hac vice*)
Email: lcampbellverduyn@pbwt.com
1133 Avenue of the Americas
New York, NY  10036
Telephone: 212-336-2000

*Attorneys for Brooks Sports, Inc.*

---

[1] Simon Property represented that it received three of the documents from Defendant SPARC and was not authorized to withdraw the confidentiality designation over those exhibits and that the fourth was a compilation of information that may not be public.

PLAINTIFF'S UNOPPOSED MOTION TO REDACT CONFIDENTIAL INFORMATION - 4
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001