HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company, AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, BB IPCO, LLC, a Delaware limited liability company, BB OPCO LLC, a Delaware limited liability company, SIMON PROPERTY GROUP, INC., a Delaware corporation, and SIMON PROPERTY GROUP, L.P., a Delaware Limited Partnership,<br><br>                Defendants. | CASE NO. 2:20-cv-1491 RSM<br><br>STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Noted for Hearing: November 9, 2021 |

Subject to approval of the Court, the Parties jointly stipulate and request an extension of the time for Defendants SPARC Group, LLC, Authentic Brands Group, LLC, BB IPCO, LLC and BB OPCO, LLC to respond to the Second Amended Complaint to December 1, 2021.

Plaintiff filed its Second Amended Complaint on November 2, 2021. Dkt. 70. On November 4, 2021, the undersigned attorneys at law of Hodgson Russ LLP accepted service of the Second Amended Complaint on behalf of defendants SPARC Group, Inc, Authentic Brands Group, LLC,

STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFS TO RESPOND TO SECOND AMENDED COMPLAINT - 1
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  BB IPCO, LLC and BB OPCO, LLC.  The Parties hereby request that the Court enter an Order as
2  follows:
3       Defendant SPARC Group, LLC, Authentic Brands Group, LLC, BB IPCO, LLC and BB
4  OPCO, LLC's deadline to respond to the Second Amended Complaint is December 1, 2021.

     DATED this 9th day of November, 2021.

SUMMIT LAW GROUP, PLLC

By *s/ Diana Siri Breaux*
    Diana Siri Breaux, WSBA #46112
    Hathaway Burden, WSBA #52970
    315 Fifth Avenue S., Suite 1000
    Seattle, WA 98104
    dianab@summitlaw.com
    hathawayb@summitlaw.com

*Attorneys for Plaintiff*

LANE POWELL PC

By *s/ Tiffany Connors (with consent)*
    Tiffany Connors, WSBA No. 41740
    Joseph Adamson, WSBA No. 54752
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111
    connorst@lanepowell.com
    adamsonj@lanepowell.com

*Attorneys for Defendants*

PATTERSON BELKNAP WEBB & TYLER, LLP

By *s/Lachlan Campbell-Verduyn*
    Geoffrey Potter (*Admitted pro hac vice*)
    Aron Fischer (*Admitted pro hac vice*)
    Lachlan Campbell-Verduyn (*Admitted pro hac vice*)
    1133 Avenue of the Americas
    New York, NY  10036
    gpotter@pbwt.com
    afischer@pbwt.com
    lcampbellverduyn@pbwt.com

*Attorneys for Plaintiff*

HODGSON RUSS LLP

By *s/ Robert J. Fluskey (with consent)*
    Robert J. Fluskey (*Admitted pro hac vice*)
    140 Pearl Street, Suite 100
    Buffalo, NY 14202
    rfluskey@hodgsonruss.com

-And-

Neil B. Friedman (*Admitted pro hac vice*)
25 Main Street, Suite 605
Hackensack, NJ 07601
nfriedman@hodgsonruss.com

*Attorneys for Attorneys for Defendants SPARC Group, LLC, Authentic Brands Group, LLC, BB IPCO, LLC and BB OPCO, LLC*

STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFS TO RESPOND TO SECOND AMENDED COMPLAINT - 2
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

IT IS SO ORDERED.

DATED this 10th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/ Diana Siri Breaux*
   Diana Siri Breaux, WSBA #46112
   315 Fifth Avenue S., Suite 1000
   Seattle, WA 98104
   dianab@summitlaw.com

*Attorneys for Plaintiff*

LANE POWELL PC

By *Tiffany Connors ((with consent)*
   Tiffany Connors, WSBA No. 41740
   Joseph Adamson, WSBA No. 54752
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111
   connorst@lanepowell.com
   adamsonj@lanepowell.com

*Attorneys for Defendants SPARC Group, LLC, Authentic Brands Group, LLC, BB IPCO, LLC and BB OPCO, LLC*

STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR CERTAIN DEFS TO RESPOND TO SECOND AMENDED COMPLAINT - 1

CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001