THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company, AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, BB IPCO, LLC, a Delaware limited liability company, BB OPCO LLC, a Delaware limited liability company, SIMON PROPERTY GROUP, INC., a Delaware corporation, and SIMON PROPERTY GROUP, L.P., a Delaware Limited Partnership,<br><br>    Defendants. | Case No. 2:20-cv-1491-RSM<br><br>**STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER AND ADJUST INTERIM DEADLINES**<br><br>**Noted for Consideration: July 11, 2022** |

## STIPULATION

The parties, by and through their attorneys, stipulate and agree, and hereby move the Court, for an Order extending certain interim deadlines in the Court's Order Setting Trial Date and Related Dates (Dkt. No. 52) by approximately thirty (30) days. Specifically, the parties seek to extend the deadline for disclosure of expert testimony from July 13, 2022 to August 15, 2022, the deadline for discovery from September 12, 2022 to October 10, 2022, and the deadline for discovery motions from August 12, 2022 to September 10, 2022. The parties do not seek to move the trial date or the deadline for dispositive motions.

STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER AND ADJUST INTERIM DEADLINES - 1
Case No. 2:20-cv-1491-RSM

133488.0001/9042295.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Good cause exists for this request. The parties have conducted substantial document discovery and written discovery, and they have commenced depositions. The parties have recently made progress on a potential private resolution of this matter. In the interest of conserving party and judicial resources, they wish to avoid taking immediate steps on further discovery. In addition, Defendants' liability expert is recovering from an illness, which makes completion of a rebuttal expert report impracticable in the near term.

Other than a stipulated motion by the parties to allow Plaintiff's filing of a Second Amended Complaint, this is the first request by the parties to modify any dates in the scheduling order.

Dated: July 11, 2022

| SUMMIT LAW GROUP, PLLC | LANE POWELL PC |
|---|---|
| By *s/Diana Siri Breaux (with consent)*<br>Diana Siri Breaux, WSBA #46112<br>Hathaway Burden, WSBA #52970<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>dianab@summitlaw.com<br>hathawayb@summitlaw.com<br>*Attorneys for Plaintiff* | By *s/Tiffany Connors*<br>Tiffany Connors, WSBA #41740<br>Aaron Schaer, WSBA #52122<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98101<br>connorst@lanepowell.com<br>schaera@lanepowell.com<br>*Attorneys for Defendants* |
| PATTERSON BELKNAP WEBB & TYLER LLP | HODGSON RUSS LLP |
| By *s/Lachlan Campbell-Verduyn (with consent)*<br>Geoffrey Potter (*Pro Hac Vice*)<br>Aron Fischer (*Pro Hac Vice*)<br>Lachlan Campbell-Verduyn (*Pro Hac Vice*)<br>1133 Avenue of the Americas<br>New York, NY 10036<br>gpotter@pbwt.com<br>afischer@pbwt.com<br>lcampbellverduyn@pbwt.com<br>*Attorneys for Plaintiff* | By *s/Robert J. Fluskey*<br>Robert J. Fluskey (*Pro Hac Vice*)<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>rfluskey@hodgsonruss.com<br><br>and<br><br>Neil B. Friedman *(Pro Hac Vice)*<br>25 Main Street, Suite 605<br>Hackensack, NJ 07601<br>nfriedman@hodgsonruss.com<br>*Attorneys for Defendants* |

STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER AND ADJUST INTERIM DEADLINES - 2
Case No. 2:20-cv-1491-RSM

133488.0001/9042295.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

IT IS SO ORDERED

DATED this 12th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO MODIFY THE SCHEDULING
ORDER AND ADJUST INTERIM DEADLINES - 3
Case No. 2:20-cv-1491-RSM

133488.0001/9042295.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107