UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPARC Group, LLC, a Delaware limited liability company, et al.,<br><br>Defendants. | Case No. C20-1491RSM<br><br>ORDER GRANTING UNOPPOSED MOTIONS TO SEAL |

THIS MATTER comes before the Court on Plaintiff's Motion to Seal, Dkt. #62, and Motion to Redact, Dkt. #69. Neither Motion is opposed. Having considered these Motions and the remainder of the record, the Court hereby ORDERS that these Motions are GRANTED. Plaintiff has presented good cause to seal its Motion to Modify the Scheduling Order to Add Defendants, as well as the accompanying Declaration of Declaration of Lachlan Campbell-Verduyn and the exhibits thereto, as well as to file a redacted version of its Second Amended Complaint, overcoming the strong presumption in favor of public access. Dkts. #63, #64, and #71 shall remain under seal.

DATED this 12th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTIONS TO SEAL - 1