HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROOKS SPORTS, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPARC GROUP, LLC, a Delaware limited liability company, AUTHENTIC BRANDS GROUP, LLC, a Delaware limited liability company, BB IPCO, LLC, a Delaware limited liability company, BB OPCO LLC, a Delaware limited liability company, SIMON PROPERTY GROUP INC., a Delaware corporation, and SIMON PROPERTY GROUP, L.P., a Delaware limited partnership,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-1491 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

WHEREAS, Plaintiff Brooks Sports Inc. ("Brooks") filed this action asserting claims for trademark infringement, unfair competition, trademark dilution, and declaratory judgment of non-infringement against Defendants (ECF Nos. 1, 37, 70);

WHEREAS, Defendants Sparc Group, LLC, Authentic Brands Group, LLC, BB IPCO LLC ("BB IPCO"), BB OPCO LLC, Simon Property Group, Inc., and Simon Property Group, L.P. have filed responsive pleadings denying and disputing Brooks' claims (ECF Nos. 44-47, 80-83, 93, 94);

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

WHEREAS, Defendant BB IPCO has filed counterclaims against Brooks for breach of contract, false designation of origin, unfair competition, trademark infringement, and trademark dilution (ECF Nos. 45, 82);

WHEREAS, Plaintiff Brooks has filed responsive pleadings denying and disputing BB IPCO's counterclaims (ECF Nos. 51, 89);

WHEREAS, the parties have reached an agreement to resolve all claims and counterclaims asserted this action;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective undersigned attorneys that all claims and counterclaims are hereby dismissed with prejudice.

| | |
|---|---|
| SUMMIT LAW GROUP, PLLC | LANE POWELL PC |
| By *s/ Diana Siri Breaux*<br>    Diana Siri Breaux, WSBA No. 46112<br>    Hathaway Burden, WSBA No. 52970<br>    315 Fifth Avenue S., Suite 1000<br>    Seattle, WA 98104<br>    dianab@summitlaw.com<br>    hathawayb@summitlaw.com<br><br>    *Attorneys for Plaintiff* | By *s/ Tiffany Connors (with permission)*<br>    Tiffany Connors, WSBA No. 41740<br>    Joseph Adamson, WSBA No. 54752<br>    1420 Fifth Avenue, Suite 4200<br>    Seattle, WA 98111<br>    connorst@lanepowell.com<br>    adamsonj@lanepowell.com<br><br>    *Attorneys for Defendants* |
| PATTERSON BELKNAP WEBB & TYLER, LLP | HODGSON RUSS LLP |
| By *s/ Lachlan Campbell-Verduyn*<br>    Geoffrey Potter (*Admitted pro hac vice*)<br>    Aron Fischer (*Admitted pro hac vice*)<br>    Lachlan Campbell-Verduyn (*Admitted pro hac vice*)<br>    1133 Avenue of the Americas<br>    New York, NY 10036<br>    gpotter@pbwt.com<br>    afischer@pbwt.com<br>    lcampbellverduyn@pbwt.com<br><br>    *Attorneys for Plaintiff* | By *s/ Robert J. Fluskey (with permission)*<br>    Robert J. Fluskey (*Admitted Pro Hac Vice*)<br>    140 Pearl Street, Suite 100<br>    Buffalo, NY 14202<br>    rfluskey@hodgsonruss.com<br><br>-And-<br><br>Neil B. Friedman (*Admitted Pro Hac Vice*)<br>25 Main Street, Suite 605<br>Hackensack, NJ 07601<br>nfriedman@hodgsonruss.com<br><br>    *Attorneys for Defendants* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001

## **ORDER**

IT IS HEREBY ORDERED.

DATED this 25th day of October, 2022.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SUMMIT LAW GROUP, PLLC

By *s/ Diana Siri Breaux*
    Diana Siri Breaux, WSBA #46112
    315 Fifth Avenue South, Suite 1000
    Seattle, WA 98104
    Phone: (206) 676-7000
    Fax: (206) 676-7001
    dianab@SummitLaw.com
*Attorneys for Plaintiff Brooks Sports, Inc.*

LANE POWELL PC

By *s/ Tiffany Connors (with permission)*
    Tiffany Connors, WSBA No. 41740
    Joseph Adamson, WSBA No. 54752
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111
    connorst@lanepowell.com
    adamsonj@lanepowell.com
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:20-CV-1491 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001